In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against M. P. H., INC., Owner and Operator of Madison Park Hospital, Appellant.

Submitted October 7, 1943; decided November 24, 1943.

*Benjamin Lewis, Daniel A. Lynch, John A. King* and *Stanley Lieberman* for appellant.

*Daniel Kornblum* and *William J. Kridel* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.